UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WAYNE BARNES,

                Plaintiff,

     v.                                          9:04-CV-1269

LT. CRAFT; SGT. J. O'KEEFE; C.O. C. HODGES;
and G. GOORD, Commissioner of the New York
State Department of Correctional Services,

                Defendants.
_____

APPEARANCES:                                   OF COUNSEL:

WAYNE BARNES, No. D-62147
Bergen County Jail
P.O. Box 0369
Hackensack, NJ 07601
Plaintiff, *Pro Se*

HON. ANDREW M. CUOMO              MICHAEL G. McCARTIN, ESQ.
Attorney General of the State of New York    Assistant Attorney General
The Capitol
Albany, NY 12224
Counsel for Defendants

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 24th day of July, 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

    1.  The Report-Recommendation is hereby adopted in its entirety.

    2.  The Defendants' motion for summary judgment (Dkt. No. 43) is granted.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    IT IS SO ORDERED.

Dated: August 18, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge